# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No.  11-cr-00036-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  CROSBY POWELL,

    Defendant.

## ORDER

**Blackburn, J.**

The matter is before me on the **Government's Motion to Disclose Grand Jury Material To Defendant** [#22] filed March 30, 2011.  After reviewing the motion and the file, I conclude that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Government's Motion to Disclose Grand Jury Material To Defendant** [#22] filed March 30, 2011, is **GRANTED**;

2.  That grand jury testimony and grand jury documents may be disclosed to defendant and his attorney in the course of discovery in this case;

3.  That such materials shall be used only in defending this case;

4.  That such materials are disclosed only to the defendant and his attorney; and

5.  That the defense attorney shall maintain custody of such materials and shall not reproduce or disseminate the same.

Dated March 30, 2011, at Denver, Colorado.

**BY THE COURT:**

/s/ Bob Blackburn
Robert E. Blackburn
United States District Judge