# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No.  11-cr-00036-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  CROSBY POWELL,

      Defendant.

## MINUTE ORDER[1]

The matter comes before the court *sua sponte.*  This matter is set for a Trial Preparation Conference on Friday, July 22, 2011, at 9:00 a.m.  On this same date, the court is hearing motions in 10-cr-00509, **USA v. Whatcott, et al.** at 8:30 a.m., and is set for 90 minutes.  The court has concluded that in order to conduct the Trial Preparation Conference for defendant Powell's case, it must be reset.

**THEREFORE, IT IS ORDERED** that the Trial Preparation Conference set for July 22, 2011, is **VACATED** and is **RESET** to **July 21, 2011**, at 10:00 a.m.

Dated:  July 13, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.