**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  11-cr-00036-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  CROSBY POWELL,

      Defendant.

### MINUTE ORDER[1]

      The matter comes before the court on the defendant's **Motion To Continue Trial and for Ends of Justice Finding Pursuant to 18 U.S.C. §3161** [#35] filed July 14, 2011.  After careful review of the motion and the file,

      **IT IS ORDERED** as follows:

      1.  That the government shall file its response to the motion by **July 20, 2011**; and

      2.  That the Court will hear the motion at the Trial Preparation Conference currently set for July 21, 2011, at 10:00 a.m.

      Dated:  July 15, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.