**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  11-cr-00036-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  CROSBY POWELL,

      Defendant.

### MINUTE ORDER[1]

On **August 9, 2011**, commencing at 10:30 a.m., the court shall conduct a telephonic setting conference to set a status conference or in the alternative, a hearing on defendant's **Motion To Withdraw** [#42] filed July 21, 2011.  Counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

Dated:  July 22, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.