**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  11-cr-00036-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  CROSBY POWELL,

      Defendant.

---

**MINUTE ORDER[1]**

---

On July 29, 2011, the court conducted a telephonic setting conference to set a status hearing in this matter.  After conferring with counsel and with their consent,

**IT IS ORDERED** as follows:

1.  That on **August 4, 2011**, commencing at 11:00 a.m., the court shall conduct a status hearing in this matter; and

2.  That the telephonic setting conference set for August 9, 2011, is **VACATED**.

Dated:  July 29, 2011

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.