IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE KATHRYN H. VRATIL

_____

| | |
|---|---|
| Courtroom Deputy:  Emily Seamon | Date:  February 13, 2012 |
| Court Reporter:     Tammy Hoffschildt | |

_____

Criminal Case No.   11-cr-00036-KHV                     _Counsel:_

UNITED STATES OF AMERICA,                               Joseph Mackey

    Plaintiff,

v.

1.  CROSBY POWELL,                                      Barrett Weisz

    Defendant.

_____

COURTROOM MINUTES
_____

Trial to Jury - Day One

8:37 a.m.     Court in session.

Defendant is present on bond.

Also present at Plaintiff's table: Postal Inspectors Richard Sheehan and Brian Mullervy.
Also present at Defendant's table: Paralegal Candy Jones.

Jury panel not present.

Discussion between the Court and counsel regarding accommodating Defendant's needs during trial and Defendant's Motion for Reconsideration of the Court's Order Overruling Defendant's Motion to Continue Jury Trial.

**ORDERED:**   Defendant's Motion for Reconsideration of the Court's Order Overruling Defendant's Motion to Continue Jury Trial [Doc. No. 148, Filed February 10, 2012] is OVERRULED.

**ORDERED:**   Witnesses are excluded from the courtroom until called to testify.

          Advisory witnesses may remain at counsel table.

8:53 a.m.     Jury panel present.

8:55 a.m.     Juror panel sworn for voir dire.

Thirty-two jurors called to the jury box.

Preliminary instructions to the jury panel by the Court.

Introduction of court personnel and attorneys.

9:30 a.m.     Voir dire by the Court.

9:42 a.m.     Court in recess.
10:24 a.m.    Court in session.

Jury panel not present.

Discussion between the Court and counsel regarding accommodating Defendant's needs, adjusting Defendant's medications, and the possibility of excusing the jury panel for the day.

**ORDERED:** Defendant shall be taken into custody to control his medications and guarantee his appearance at trial.

10:33 a.m.    Court in recess.
10:38 a.m.    Court in session.

Jury panel present.

The Court instructs the jury panel to return tomorrow morning, February 14, 2012, at 9:30 a.m.

10:41 a.m.    Jury panel excused.

Discussion between the Court and counsel regarding Defendant going into custody.

**ORDERED:** Defendant is remanded to the custody of the United States Marshal.

10:44 a.m.    Court in recess.
Trial continued.
Time: 1:20