IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE KATHRYN H. VRATIL

Criminal Action No. 11-cr-00036-KHV

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CROSBY POWELL,

    Defendant.

---

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS

---

IT IS STIPULATED AND ORDERED that, at the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus 60 days.

DATED at Denver, Colorado this 2nd day of August, 2012.

BY THE COURT:

_____
Kathryn H. Vratil, Judge

_____
Attorney for Plaintiff

_____
Attorney for Defendant