IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIMINAL ACTION |
| v. ) | |
| ) | No. 11-00036-KHV |
| CROSBY POWELL, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## ORDER

This matter comes before the Court on defendant's Motion For Release From Custody Pending Sentencing (Doc. #287) filed November 8, 2012 and the Supplement To Motion For Release From Custody Pending Sentencing (Doc. #290) filed November 16, 2012. The record reflects that defendant's management of his medical issues has repeatedly delayed these proceedings. The last delay occurred October 30, 2012, when defendant failed to appear for sentencing after admitting himself to a hospital the day before. Defendant's sentencing hearing is now scheduled for December 7, 2012.

Defendant was recently transferred to the Denver Sheriff's Facility at the Denver Health Medical Center because of blood pressure fluctuations due to pain management issues related to kidney stones. Defendant states that due to issues about payment, he will not receive needed treatment for kidney stones and prostate cancer before his sentencing on December 7 if he remains in custody. Defendant acknowledges the Court's justifiable concern that if released, he might not appear for sentencing. Defendant asserts that the Court can ensure his appearance, however, by ordering that he self-surrender by 10:00 a.m. on December 5, 2012. Given his recent history, defendant's proposal would not assure that he will appear for sentencing. The Court therefore finds

that defendant must remain in custody prior to sentencing.

**IT IS THEREFORE ORDERED** that defendant's Motion For Release From Custody Pending Sentencing (Doc. #287) filed November 8, 2012 and the Supplement To Motion For Release From Custody Pending Sentencing (Doc. #290) filed November 16, 2012 be and hereby are **OVERRULED**.

Dated this 20th day of November, 2012 at Kansas City, Kansas.

s/ Kathryn H. Vratil
Kathryn H. Vratil
United States District Judge