IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE KATHRYN H. VRATIL

_____

| | |
|---|---|
| Courtroom Deputy: LaDonne Bush | Date: December 7, 2012 |
| Court Reporter: Mary George | |
| Probation: Justine Kozak | |

_____

Criminal Action No. 11-cr-00036-KHV              Counsel:

UNITED STATES OF AMERICA,                        Joseph Mackey

    Plaintiff,
v.

CROSBY POWELL,                                   Barrett Weisz

    Defendant.
_____

COURTROOM MINUTES
_____

Sentencing

1:11 p.m.     Court in session.

Defendant present in custody.

Government has no objection to the presentence report.

Other than his previously submitted written objections, Defendant has no objections to the presentence report.

Discussion regarding the Government's surveillance video and Defendant's objection to it.

1:26 p.m.     Government's witness, Kevin Korsick, sworn.

Direct examination of Inspector Korsick by Mr. Mackey.

Government's Exhibit 1 (surveillance video) received and played for the Court.

1:33 p.m.    Government's witness, Brian Evans, sworn.

Direct examination of Inspector Evans by Mr. Mackey.

2:01 p.m.    Cross examination of Inspector Evans by Mr. Weisz.

2:02 p.m.    Government's witness, Kenneth Haithcoat, sworn.

Direct examination of Inspector Haithcoat by Mr. Mackey.

Argument regarding Defendant's objections to the presentence report.

2:20 p.m.    Further direct examination of Inspector Evans by Mr. Mackey.

2:27 p.m.    Further cross examination of Inspector Evans by Mr. Weisz.

Continued argument regarding Defendant's objections to the presentence report.

Mr. Weisz states that Defendant will follow his advice and not make a statement.

Court rules on Defendant's objections.

Sentencing statements by Mr. Weisz and Mr. Mackey.

Mr. Weisz states, again, that Defendant will follow his advice and not make a statement.

**ORDERED**:   Defendant's Motion for a Non-Guideline Sentence (Doc. 277) is denied.

**DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

Defendant advised of his right to appeal.

**ORDERED**:   Defendant's Motion for Post-Sentencing Release from Custody Pending Facility Designation (Doc. 294) is denied.

**ORDERED**:   Bureau of Prisons shall expedite Defendant's designation to a facility.

Discussion regarding Defendant's medical records attached to the presentence report.

**ORDERED**:   Defendant's request for a furlough or Marshal's escort to his apartment is denied.

Mr. Mackey states that he will submit the surveillance video to the Bureau of Prisons.

Defendant is remanded to the custody of the United States Marshal.

3:54 p.m.      Court in recess.

Hearing concluded.

Time: 2:43