IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.11-cr-00036-KHV-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  CROSBY POWELL,

    Defendant.

---

### ORDER REGARDING CUSTODY OF EXHIBITS

---

IT IS ORDERED that, at the conclusion of the sentencing hearing on December 7, 2012, Government's counsel shall retain custody of Government Exhibit 1 (surveillance video) until such time as all need for the exhibit has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus 60 days.

DATED at Denver, Colorado this 7th day of December, 2012.

BY THE COURT:

Kathryn H. Vratil, Judge
United States District Court