# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**Plaintiff,** )<br>**v.** )<br>)<br>**CROSBY POWELL,** )<br>)<br>**Defendant.** )<br>_____ ) | **CRIMINAL ACTION**<br><br>No. 11-cr-00036-KHV-1 |

## ORDER

On September 22, 2014, the Tenth Circuit remanded the case to this Court with instructions to vacate defendant's convictions on Counts 6, 8, 15, 17, 22, 24, 26, and 28 and to take any other necessary action. United States v. Powell, 767 F.3d 1026 (10th Cir. 2014); see Mandate (Doc. #387) filed October 23, 2014.

**IT IS THEREFORE ORDERED** that the parties shall confer and **on or before November 4, 2014**, shall file a memorandum advising the Court concerning the need for re-sentencing.

Dated this 28th day of October, 2014 at Kansas City, Kansas.

                                                        s/ Kathryn H. Vratil
                                                        KATHRYN H. VRATIL
                                                        United States District Judge