**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-00473-KHV
(Criminal Action No. 11-cr-00036-KHV)

UNITED STATES OF AMERICA,

    Petitioner,

v.

CROSBY POWELL,

    Respondent.

**FINAL JUDGMENT**

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Denying 28 U.S.C. § 2255 Motion of Judge Kathryn H. Vratil entered on March 15, 2016 it is

ORDERED that the Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Doc. No. 516 filed February 25, 2016),  is OVERRULED WITHOUT PREJUDICE as premature. It is

FURTHER ORDERED that no certificate of appealability will issue. It is

FURTHER ORDERED that the corresponding civil action is dismissed.

Dated at Denver, Colorado this 15th day of March, 2016.

    FOR THE COURT:
    JEFFREY P. COLWELL, CLERK

    By:  s/   A. Thomas

    Deputy Clerk